IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LINDA NELSON and )
BOB NELSON, )
         )
 Plaintiffs, )
         )
VS. ) No. 3:09-cv-0885
         ) JURY DEMAND
WAL-MART STORES EAST, LP, ) MAGISTRATE JUDGE KNOWLES
         )
 Defendant. )

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy have been compromised and settled.

It is therefore ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
Judge

APPROVED FOR ENTRY:

s/Patrick Witherington
Patrick Witherington, No. 22348
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for defendant